## BIGGS et v STATE

Ohio Appeals, 4th Dist, Pike Co

Decided June 17, 1935

Earl D. Parker, Waverly, for plaintiffs in error.

E. Dudley Harris, prosecuting attorney, Waverly, and W. T. Reed, Waverly, for defendant in error.

For full opinion see 5 OO 150; 51 Oh Ap 311.